UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CARLOS JAVIER VILLA and CARLOS MUYULEMA,     Docket No.: CV14-2603
on behalf of themselves and others similarly situated,                   (CBA)(VMS)

                                                         Plaintiffs,            **STIPULATION OF**
                                                                                **DISMISSAL**

      -against-

LEE K OF NY, INC., SOON DEOK KWON, and
KYUNG H. KIM,

                                                 Defendants.
-------------------------------------------------------------X

         **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is dismissed with prejudice without costs to any party or against any other, except the court shall retain jurisdiction solely for purposes of enforcement of the settlement. This Stipulation may be filed without further notice with the Clerk of the Court.

         This Stipulation shall not be in effect until executed by all parties set forth herein.

Dated:    December 4, 2014

_____                                   _____
Diane H. Lee (DL-3170)                                      Peter H. Copper, (PHC-4714)
Law Offices of Diane H. Lee                                Cilenti & Cooper, PLLC
Attorney for Defendants                                          Attorneys for Plaintiffs
158 Linwood Plaza – Suite 304-7                         708 Third Avenue – 6th Floor
Fort Lee, NJ 07024                                                 New York, New York 10017
Tel. (516) 745-9000                                               Tel. (212) 209-3933

*[Handwritten notation:]* The motion at [12] is granted. The case is dismissed. The Clerk of Court may close the case. 12/23/14 /S/ Vera M Scanlon USMJ.